# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 465 |
| | : | |
| ORDER AMENDING RULES 103 | : | JUDICIAL ADMINISTRATION |
| AND 1952 OF THE | : | |
| PENNSYLVANIA | : | DOCKET |
| RULES OF JUDICIAL | : | |
| ADMINISTRATION | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2016, the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(b):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

1) Rules 103 and 1952 of the Pennsylvania Rules of Judicial Administration are amended in the attached form.

2) Local rules of judicial administration effective prior to August 1, 2016 shall be compiled and published on the local court website in accordance with Pa.R.J.A. No. 103(c)(7), as amended, no later than September 1, 2016 to remain effective.

3) All local rules of judicial administration that have been published in the *Pennsylvania Bulletin* but are not yet effective shall become effective in accordance with Pa.R.J.A. No. 103(c)(5)(iii) and shall be subject to the requirements of Pa.R.J.A. No. 103(d)(6)-(7).

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on August 1, 2016.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.